IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

SYLVIA OLVERA,                          )
                                        )
                    Plaintiff,          )
                                        )
v.                                      )          Case No. CIV-11-775-L
                                        )
MICHAEL J. ASTRUE,                      )
Commissioner of the Social              )
Security Administration,                )
                                        )
                    Defendant.          )

## O R D E R

On July 31, 2012, Magistrate Judge Shon T. Erwin entered his Report and

Recommendation in this action brought by plaintiff for judicial review of the final

decision of the Commissioner of the Social Security Administration denying

plaintiff's applications for disability insurance benefits and supplemental security

income benefits under the Social Security Act.  The Magistrate Judge

recommended that the Commissioner's decision be reversed and remanded for

further administrative proceedings.

The court file reflects that no party has filed a written objection to the

Report and Recommendation within the time limit allowed.  Upon *de novo* review,

the court finds that the Report and Recommendation should be and is hereby

adopted in its entirety.

Accordingly, the decision of the Commissioner is **REVERSED** and this matter is **REMANDED for further administrative proceedings** in accordance with the July 31, 2012 Report and Recommendation in this matter.

It is so ordered this 5th day of September, 2012.

_Tim Leonard_
TIM LEONARD
United States District Judge